**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 11-cv-00505-REB-MJW

ARCTIC CAT INC.,

    Plaintiff,

v.

LAURIE PAIGE EASTON, an individual,
5280 MOUNTAIN APPAREL COMPANY,
SNOWGIRL SPORTSWEAR,
VARIOUS JANE DOES,
VARIOUS JOHN DOES, and
VARIOUS ABC COMPANIES,

    Defendants.

**ORDER GRANTING STIPULATED MOTION FOR
PERMANENT INJUNCTION AND DISMISSAL**

**Blackburn, J.**

    The matter is before me on the **Stipulated Motion For Permanent Injunction and Dismissal** [#18][1] filed June 23, 2011. After reviewing the motion, the settlement agreement attached to and filed with the motion, I conclude that the motion should be granted.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Stipulated Motion For Permanent Injunction and Dismissal** [#18] filed June 23, 2011, is **GRANTED**;

    2. That Arctic Cat and Easton and Companies have entered into a settlement agreement, in which the parties have agreed to release each other from all claims that

---

[1] "[#18]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

have been asserted in the pleadings in this action;

3. That Easton and Companies agree to the entry of this permanent injunction and are permanently enjoined and restrained from making, using, offering for sale, selling, distributing, importing, or exporting the Accused Products identified with particularity in the settlement agreement;

4. That Easton and Companies are further permanently enjoined and restrained from making, using, offering for sale, selling, distributing, importing, or exporting any products that incorporate a derivative of, a colorable imitation of, or are confusingly similar to, any Arctic Cat copyright or trademark (be the marks registered or unregistered);

5. That Arctic Cat and Easton and Companies agree that this court shall continue to have jurisdiction to enforce the settlement agreement and to resolve disputes that arise out of or related to the settlement agreement;

6. That in accordance with the terms and conditions of the attached settlement agreement, Arctic Cat and Easton Companies stipulate that each of their claims asserted against the other in this action are **DISMISSED WITH PREJUDICE**, with the parties to pay their own attorney fees and costs; and

7. That the clerk of the court shall enter judgment accordingly.

Dated June 24, 2011, at Denver, Colorado.

**BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge